**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-2016**

_____

RICHARD E. FOSTER,

                            Plaintiff - Appellant,

       versus

CITY OF GREENVILLE FIRE DEPARTMENT,

                            Defendant - Appellee,

       and

W. T. MCDOWELL, Chief, Fire Marshal; L. H.
GODFREY, Assistant Fire Marshal; R. A. COOK;
KENNY V. CROSBY, Director of Human Resources,

                            Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Terry L. Wooten, District Judge.
(CA-01-4824-6-25AK)

_____

Submitted:  November 6, 2003    Decided:  November 20, 2003

_____

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard E. Foster, Appellant Pro Se. Deborah Casey Brown, GALLIVAN, WHITE & BOYD, P.A., Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard E. Foster appeals the district court's order accepting the report and recommendation of the magistrate judge and awarding summary judgment to Defendants and dismissing his complaint filed under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Foster v. City of Greenville Fire Dep't, No. CA-01-4824-6-25AK (D.S.C. Aug. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED